UNITED STATES DISTRICT COURT
SOUTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CHRISTOPHER GONYER, on behalf of himself
and all others similarly situated,

                Plaintiff,

v.

VANE LINE BUNKERING, INC., d/b/a VANE
BROTHERS COMPANY

                Defendants.

------------------------------------------------------------x

Civil Action No.
13-CV-8488 (RJS)

**JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff and counsel for Defendant, that the deadline by which Defendant may answer or otherwise respond to the Complaint in the above-captioned action shall be extended to and including January 20, 2014.

IT IS FURTHER STIPULATED AND AGREED that a copy of the signatures on this Stipulation may be treated as an original for all purposes.

Dated: January 7, 2012
        New York, New York

FOR THE PLAINTIFF:

Joseph A. Fitapelli
Fitapelli & Schaffer, LLP
475 Park Avenue South, 12th Floor
New York, New York 10016
Telephone: (212) 300-0375

FOR THE DEFENDANT:

Brian J. Turoff
Venable LLP
Rockefeller Center
1270 Avenue of the Americas
New York, New York 10020
Telephone: (212) 307-5500