

# MEMO ENDORSED

475 Park Avenue South, 12th Floor • New York, New York 10016

Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

January 9, 2014

**VIA ELECTRONIC MAIL**
Hon. Richard J. Sullivan, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007

| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 1-10-14 |

    *Re:*   *Gonyer v. Vane Line Bunkering, Inc.*
          *Civil Action No.: 13 Civ. 8488 (RJS)*
          *F&S File No.: 66-419*
          *Assigned Attorney: Joseph A. Fitapelli*

Dear Honorable Sir:

    We represent Plaintiff and a nationwide putative class of current and former Tankermen who work or have worked for Vane Line Bunkering Inc., d/b/a Vane Brothers Company.

    Plaintiff writes this letter jointly with Defendants regarding the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York ("Pilot Program"). On December 2, 2013, this case was designated for inclusion in the Pilot Program. The parties respectfully request that the Court remove the instant action from the Pilot Program and permit the case to proceed pursuant to Your Honor's individual rules of practice.

    We thank the Court for its consideration of our request.

```
IT IS HEREBY ORDERED THAT the parties'
request is denied without prejudice.  The
parties may renew their request through a
joint letter that explains why removal of
this action from the pilot program is
appropriate.
```

Respectfully yours,

Joseph A. Fitapelli

Cc: Michael J. Volpe (via electronic mail)
    Rex Burch (via electronic mail)

SO ORDERED
Dated: 1/10/14
RICHARD J. SULLIVAN
U.S.D.J.