E64UGONC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

CHRISTOPHER GONYER,

                    Plaintiff,

          v.                              13 CV 8488(RJS)

VANE LINE BUNKERING, INC.,

                    Defendant.

------------------------------------x
                                   New York, N.Y.
                                   June 4, 2014
                                   1:30 p.m.

Before:

                    HON. RICHARD J. SULLIVAN

                                        District Judge

                    APPEARANCES (Via Telephone)

FITAPELLI & SCHAFFER LLP
     Attorneys for Plaintiff
BY:  JOSEPH A. FITAPELLI
     -and-
BRUCKNER BURCH PLLC
BY:  RICHARD JENNINGS BURCH

GORDON & REES, LLP
     Attorneys for Defendant
BY:  MARK A. BECKMAN
     VINCENT MANTELLA AVERY
     -and-
VENABLE LLP
BY:  BRIAN JASON TUROFF
     RONALD WAYNE TAYLOR

E64UGONC

```
1              (In chambers; all counsel appearing via speakerphone)
2              THE COURT:  Hello, counsel.
3              This is Judge Sullivan.
4              I am here with the court reporter.  I have a trial
5    going, so I am doing this during lunch.  Thanks for gathering.
6              Let me just take appearances.
7              This is Gonyer v. Vane Line Bunkering, 13 Civ. 8488.
8              Could I take appearances for the plaintiff?
9              MR. BURCH:  Good morning, your Honor -- afternoon
10   where you are.
11             This is Rex Burch for the plaintiff Gonyer.
12             THE COURT:  OK, Mr. Burch.
13             MR. FITAPELLI:  Joseph Fitapelli for the plaintiff
14   Gonyer.
15             THE COURT:  OK, Mr. Fitapelli.
16             For the defendants?
17             MR. BECKMAN:  This is Mark Beckman, and my colleague
18   Vince Avery at Gordon & Rees for defendant.
19             Your Honor, we also have co-counsel on the line.
20             THE COURT:  Who is that?
21             MR. TUROFF:  Brian Turoff for Venable.
22             And I am joined by my colleague Ron Taylor with
23   Venable as well.
24             THE COURT:  Good afternoon to all of you.
25             Since it is virtually all men on this line could I ask
```

3

E64UGONC

1    everybody to identify themselves each time they speak so that

2    the court reporter can make sure that she gets the correct

3    attributions for each of the statements.

4            I am in receipt of the parties' correspondence on

5    this.  It is sort of an interesting issue.  It does seems to me

6    that we have a Rule 68 offer and acceptance by the only

7    plaintiff in this case, right?

8            MR. BECKMAN:  This is Mark Beckman.

9            And that is correct, your Honor.

10           MR. BURCH:  This is Rex Burch.

11           That is incorrect, your Honor.

12           THE COURT:  Why is that incorrect?

13           MR. BURCH:  Because prior to the acceptance of the

14   offer of judgment, there were several plaintiffs who filed

15   consents to join this action, and under Myers v. Hertz from the

16   Second Circuit in, I believe, 2012, they are now considered

17   parties to the case.

18           THE COURT:  This is before there has been a

19   certification of a collective action?

20           MR. BURCH:  Correct.

21           This is Rich Burch again.

22           If you will check out Myers v. Hertz Corporation, 624

23   F.3d 537 at 555.

24           THE COURT:  Right.  What about it?

25           MR. BURCH:  You will see that there is nothing in the

E64UGONC

1    text of the statute -- and they are referring to the FLSA --

2    that prevents plaintiffs from opting in to the action by filing

3    consents with the District Court, even though the notice

4    described in Hoffmann-La Roche had not been sent.

5          And they go on to note that conditional certification

6    is not required for plaintiffs to join an FLSA case.  That is

7    in fact the overwhelming majority rule in the federal courts.

8    There are one or two courts from outside the Second Circuit

9    that have said something wonky on that issue, but that is the

10   overwhelming rule.

11         So what we have is a collective action where three

12   votes joined -- I believe it was all three -- prior to the

13   acceptance of the offer of judgment.  One plaintiff,

14   Mr. Gonyer, has accepted an offer of judgment and, therefore,

15   we need to replace the named plaintiff.

16         And that's an easy answer.

17         MR. BECKMAN:  If I may, your Honor, this is Mark

18   Beckman for defendant.

19         THE COURT:  Yes.

20         MR. BECKMAN:  Among other things, the notices didn't

21   appear on their face to be satisfactory in this particular

22   case -- they weren't notarized -- any of the usual things one

23   looks at.  But more importantly, you need to actually join them

24   only after a motion for leave to amend has been made and

25   granted in the first place -- none of which had happened.  That

E64UGONC

1  was all premature.

2          At the same time of doing that, they had sent a letter

3  to the Court saying they were accepting the offer.  So I am not

4  sure that what Mr. Burch is talking to you is necessarily

5  typical here.

6          Having also said that, as made clear in the letter we

7  sent to you, there is no case to amend.  There is no party to

8  join in the matter here.  This is over.  The judgment has been

9  rendered.  There is only the ministerial duties of determining

10  fees and directing the clerk to enter judgment officially.

11          There is certainly no prejudice to any of the

12  potential plaintiffs, if there are -- again, we are not

13  convinced that that is necessarily true, it is people who just

14  said that, maybe they would consent to this or some other case.

15  To the extent that they do exist and do think that they have a

16  claim, they are free to file them at some date in the future at

17  their convenience.

18          Conversely, to the extent that this is happening the

19  way that plaintiff is describing, that would be significantly

20  prejudicial, materially prejudicial to defendants who made a

21  deal and now we are going to be charged the cost of that deal,

22  have to pay the money and not get the benefit of the deal.  The

23  case is not over and resurrected post judgment.  So to us it

24  seems it is something that is no longer a discretionary call,

25  this is, as a matter of law, a closed case.

E64UGONC

1            THE COURT:  I have not looked at this Myers v. Hertz

2     case.  I guess I want to see that.

3            But, certainly, it seems to me what you are saying,

4     Mr. Burch, you don't need to amend because you can add

5     plaintiffs at any time under Myers v. Hertz without amending,

6     is that right?

7            MR. BURCH:  We do need to amend because the named

8     plaintiff has to be replaced.  Obviously, Mr. Gonyer is not

9     going to pursue.  But I think if you will look at the Second

10    Circuit's decision in Comer v. Cisneros, which is 37 F.3d 775

11    at 799 (2d Cir. 1994), that one of the ways that this sort of

12    mandatory dismissal that Mr. Beckman is talking about can be

13    avoided is if another plaintiff has intervened.  And it would

14    seem to me that a plaintiff that has joined, as permitted under

15    29, U.S.C, 216(b), Anna Myers v. Hertz Corp case, that you can

16    replace the named plaintiff -- this is just not that unusual a

17    scenario where you have something happen with a named plaintiff

18    and another plaintiff who is already part of the case takes

19    over.

20            MR. BECKMAN:  Again, this is Mr. Beckman.

21            But nobody has actually intervened.  I think there is

22    some level of fudging the times and the dates and the

23    procedural posture.  There have been notices of some sort put

24    in saying that there are people who may exist who may have

25    claims, but no one actually is in the room here.

E64UGONC

1          And, also, my understanding of the Myers case that Mr.

2     Burch is mentioning, that is a case where there was a class

3     certification motion, and in fact that is what that decision

4     was about, a class cert situation.  So it is not the same

5     situation here.

6          Finally, in order to allow someone to intervene, in

7     order to allow someone to join a case, you have to have a case.

8     Once judgment has been rendered, as here, that is just not the

9     fact.  That doesn't exist anymore.  They are these people, if

10    they have claims they can file and the next judge will deal

11    with them, I am sure, perfectly capably, but for now for

12    Mr. Gonyer, this matter is over.

13         THE COURT:  When did it become over, in your view?

14         MR. BECKMAN:  When they served -- when they filed and

15    served their notice of acceptance of appearance -- acceptance

16    of the offer.

17         MR. BURCH:  This is Rex Burch.

18         Of course, by that point other plaintiffs have joined

19    as permitted.

20         I would just like to say, Myers v. Hertz Corporation

21    says that the "certification," which I guess is what Mr.

22    Beckman is making reference to with respect to a collective

23    action "is neither necessary nor sufficient for the existence

24    of a representative action of the FLSA."

25         The conditional certification process, as the Supreme

E64UGONC

1    Court noted just last year in the Genesis case, the purpose of

2    that is only for the issuance of a court approved notice.  It

3    does not have to do with the joinder of additional plaintiffs.

4         Now, additional plaintiffs may join as a result of

5    that notice going out, but it is the filing of a consent which

6    these plaintiffs have absolutely done -- and let me just say

7    that I find that the argument that they are making that these

8    people's consents are not sufficient to be less than

9    meritorious -- let me dial that back a little bit -- less than

10   meritorious.  There is no question that these folks have joined

11   this case.  So what we have is some defendants who are, like,

12   hey, let's start a whole new case for people that they admit

13   have claims and who could file suit so that the defendant will

14   have exactly the same lawsuit except for all of the work that

15   we will have done, that we have done to date will have been for

16   nothing.

17        MR. BECKMAN:  Mark Beckman --

18        MR. BURCH:  I am not done yet, Mr. Beckman.  I

19   apologize in advance.

20        So it would seem to me that unless they can establish

21   that as a matter of law your Honor doesn't have jurisdiction to

22   allow this case to continue, that none of the equities weigh in

23   favor of cutting this case off.  The cases will be re-filed.

24   We will mark them as related cases, which we are required to

25   do.  They will show back up on your desk and we will just start

E64UGONC

1   this whole process again.  That is grossly inefficient.  And

2   for the reasons that I think I have already outlined, it is

3   just not necessary in this case because folks have joined and

4   there are plaintiffs that can replace Mr. Gonyer.

5               THE COURT:  Look.  It seems to me that the

6   jurisdictional question is the question, no doubt about that.

7               And it seems to me that once the offer is accepted,

8   then the entry of a judgment is a ministerial act.  The case

9   law is clear on that.  So then the case is over.  So that's

10  where I started with this.  I have not looked at the Myers v.

11  Hertz case yet.  So it does seem to me that I have to take a

12  look at that case.

13              I'm a little curious about the timing of the

14  acceptance and then the additional plaintiffs who are coming

15  forward.  And if the timing of the acceptance was delayed in

16  order to line up other plaintiffs, that would strike me as

17  troubling, and maybe I need to have a factual hearing on that

18  to figure out when the offer really was accepted and whether

19  counsel played a role in preventing that acceptance from being

20  communicated in order to line up other plaintiffs.

21              But I do agree that if I find that I don't have

22  jurisdiction, the upshot of all of this is that the new

23  plaintiffs -- if that's what we are calling them -- can just

24  file suit and we would be right back in court, and we would

25  probably pick up right where we left off.

E64UGONC

1            You agree with that, Mr. Beckman?

2            MR. BECKMAN:  Yes and no, and I want to qualify that a

3       bit.

4            I do want to relate one thing -- a couple of things --

5       to what Mr. Burch said.

6            We emphatically do not admit that any of these people

7       actually have a claim or should file a claim.  I was simply

8       saying hypothetically that if they think they do, nothing

9       prevents them from so filing.  Like we said with Mr. Gonyer and

10      otherwise, we don't think any of them have claims.  We just

11      made certain decisions and we are where we are.

12           Having said that, as your Honor mentioned at the

13      beginning just now, we don't think there is a case.  The law

14      seems abundantly clear that with the acceptance and the service

15      of the acceptance, the case ended, so there is no jurisdiction.

16           Finally, the last point about what would happen going

17      forward, I know Mr. Burch made some argument about all the

18      inherent inefficiencies but, frankly, very little practically

19      has gone on.  I don't necessarily think that there is any

20      reason to believe any one court rather than another is

21      necessary -- the reality is, if these other people decide to

22      file a case, when they come, we deal with it.  The fact that

23      they may suffer from similar issues and perhaps have the same

24      lawyers, doesn't necessarily to me or any of us weigh toward

25      any kind of future disposition.

1    THE COURT:  There is a related case rule in this

2    district.  I assume everybody is familiar with it or will take

3    a look at it, but there is a good chance that it would come

4    back to me as a related case, right?

5    MR. BECKMAN:  There is certainly a chance.  I get why

6    plaintiff is suggesting that, but there has been very little

7    inherent knowledge.  We had one hearing and, obviously, very

8    little if any of the discovery is done.  In the end, it would

9    depend on the allegations of the complaint.

10    THE COURT:  No, it wouldn't.  You are talking just off

11    the cuff here.  Have you read the local rule for the

12    distribution of cases?

13    MR. BECKMAN:  I have, your Honor, although not for

14    today.

15    THE COURT:  It doesn't turn on just what happens in a

16    complaint, it turns on a number of things.

17    I guess one could also argue that your offer of

18    judgment was designed to get this away from me, and that would

19    be a factor to be considered in any decision on any related

20    cases filed.

21    All of this smacks of cuteness, I have to say, but we

22    are in this posture.  So there has been an offer.  There has

23    been an acceptance.  And then there are these -- I will agree

24    with Mr. Beckman on this -- it seems to me that the consents

25    that have been signed by these other individuals are vague to

E64UGONC

| | |
|---|---|
| 1 | the point of troubling as to whether they even know what this |
| 2 | case is about, whether they understand what the cause of action |
| 3 | is.  The reason we have certification under the FLSA and a |
| 4 | process devised to make sure that it goes out in a certain way |
| 5 | is to make sure that plaintiffs or potential plaintiffs know |
| 6 | what they are doing before they opt in. |
| 7 | So all right.  I guess that I am going to do this.  I |
| 8 | think I want to reserve.  Anybody wants to submit some |
| 9 | additional briefing in light of the cases that Mr. Burch has |
| 10 | been spouting for the first time, I will let you do that.  But |
| 11 | I guess that I would like that by Friday and then I will rule |
| 12 | shortly after that.  OK. |
| 13 | So any additional submissions by close of business |
| 14 | Friday and then I will issue a ruling. |
| 15 | I have to run back to a trial now, so I have to cut |
| 16 | this short. |
| 17 | If anyone needs a copy of this transcript, you can get |
| 18 | that through the court reporter, just go to the web site and |
| 19 | you can take steps to do that.  OK. |
| 20 | Thanks very much. |
| 21 | Have a good day. |
| 22 | |
| 23 | o   0   o |
| 24 | |
| 25 | |