**THE LAW OFFICES OF**
**BRUCKNER BURCH PLLC**
A REGISTERED PROFESSIONAL LIMITED LIABILITY COMPANY
8 GREENWAY PLAZA, SUITE 1500
HOUSTON, TEXAS 77056
(713) 877-8788 TELEPHONE
(713) 877-8065 FACSIMILE

Richard J. (Rex) Burch
rburch@brucknerburch.com

July 21, 2014

The Honorable Richard J. Sullivan                                    **VIA ECF & EMAIL**
United States District Judge
Southern District of New York
40 Foley Square, Room 2104
New York, New York 10007-1312

Re: *Gonyer v. Vane Line Bunkering, Inc.*, **Case No. 13 Civ. 8488 (RJS)**

Dear Judge Sullivan:

We write to request a status conference.

Plaintiffs assert the several additional plaintiffs who joined this case prior to Mr. Gonyer's acceptance of Vane Line's offer of judgment are entitled to continue this case. But, presumably based on its assertion that Gonyer's "acceptance of Defendant's Offer constitutes a final judgment," Vane Line is refusing to participate in the discovery process. As a result, this case has been at a standstill for nearly two months.

Given the realities of the Southern District's "related case" rules, as well as the difficulties faced getting this case under way, Plaintiffs believe it would be more efficient to proceed with their existing case. But, one way or another, the claims of these tankermen must be prosecuted. We therefore request a conference with, and guidance from, the Court.

Thank you for the Court's consideration.

Very truly yours,

**/s/ Rex Burch**

Richard J. (Rex) Burch

cc: Counsel of Record (via ECF and Email)